# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griesbach, William C. | District Court, E.D. Wis. | 01/26/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Nominee | X Nomination, Date 01/23/2002 <br> Initial  Annual  Final | 01/01/2001 to 01/01/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Brown County Courthouse <br> P.O. Box 23600 <br> Green Bay, WI 54305-3600 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

|   | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
|   | ☐ NONE (No reportable positions.) | |
| 1 | Director | Wisconsin Family Ties |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

|   | DATE | PARTIES AND TERMS |
|---|---|---|
|   | ☐ NONE (No reportable agreements.) | |
| 1 | 2001 | Wisconsin Retirement System |
| 2 | 2001 | Wisconsin Deferred Compensation Program |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

|   | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
|   | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2001 | State Of Wisconsin | 105,000 |
| 2 | 2001 | Notre Dame Academy | |
| 3 | 2001 | St. Bernard Parish | |
| 4 | 2000 | State of Wisconsin | 104,000 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Griesbach, William C. | Date of Report<br>01/26/2002 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Griesbach, William C. | 01/26/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  M&I Bank  (CD) | A | Interest | J | T | exempt | | | | |
| 2  Putnam Gobal Growth Fund (IRA) | | None | J | T | exempt | | | | |
| 3  Putnam New Op's Fund (IRA) | | None | J | T | exempt | | | | |
| 4  Wisconsin Deferred Comp Prog. | | | | | | | | | |
| 5  - Fidelity Contrafund | | None | J | T | exempt | | | | |
| 6  - Janus Fund | | None | J | T | exempt | | | | |
| 7  - DFA US Micro Cap Port | | None | J | T | exempt | | | | |
| 8  - Vanguard LT Corporate Fund | A | Interest | J | T | exempt | | | | |
| 9  - Stable Value Fund | A | Interest | J | T | exempt | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _William C. Griesbach_     Date _1-26-02_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may. be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 6,050 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | |
| Listed securities-add schedule | | Notes payable to relatives | |
| Unlisted securities-add schedule | | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule | $110,123 |
| Real estate owned-add schedule | 160,200 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | 43,600 | Student Loan for child | 5,000 |
| Cash value-life insurance | | | |
| Other assets itemize: | | | |
| Wisconsin Deferred Compensation Plan | 16,520 | | |
| Wisconsin Retirement System (employee contrib.) | 71,142 | | |
| Putnam Investment Fund | 2,932 | | |
| M & I Bank CD | 5,767 | | |
| | | Total liabilities | $115,123 |
| | | Net Worth | 191,088 |
| Total Assets | $306,211 | Total liabilities and net worth | $306,211 |
| CONTINGENT LIABILITIES | None | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | | Are you defendant in any suits or legal actions? | No |
| Legal Claims | | Have you ever taken bankruptcy? | No |
| Provisions for Federal Income Tax | | | |
| Other special debt | | | |